# United States Court of Appeals
## For the Eighth Circuit

_____

No. 20-1036
_____

Todd Alden Brown

*Plaintiff - Appellant*

v.

Andrew Saul, Commissioner of Social Security

*Defendant - Appellee*
_____

Appeal from United States District Court
for the Southern District of Iowa - Davenport
_____

Submitted: November 2, 2020
Filed: December 7, 2020
[Unpublished]
_____

Before BENTON, WOLLMAN, and SHEPHERD, Circuit Judges.
_____

PER CURIAM.

Todd Alden Brown appeals the district court's[1] order affirming the denial of disability insurance benefits. After de novo review of the record, see Lawrence v. Saul, 970 F.3d 989, 994-95 (8th Cir. 2020) (this court affirms the denial of benefits if substantial evidence supports Commissioner's decision), and careful consideration of Brown's challenge to the administrative law judge's (ALJ's) residual function capacity (RFC) findings, we conclude that Brown failed to meet his burden of showing a more restrictive RFC, see Perks v. Astrue, 687 F.3d 1086, 1092 (8th Cir. 2012) (burden of persuasion to demonstrate RFC and prove disability remains on claimant). The judgment is affirmed.

_____

[1]The Honorable Rebecca Goodgame Ebinger, United States District Judge for the Southern District of Iowa, adopting the report and recommendations of the Honorable Celeste F. Bremer, United States Magistrate Judge for the Southern District of Iowa.